IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| EVER NOE RAMIREZ CARRANZA, | : |
| Plaintiff, | : Civil Action No. 8:16-cv-3604 |
| v. | : |
| RDS CONSTRUCTION, INC., ET AL., | : |
| Defendants. | : |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff, Ever Noe Ramirez Carranza ("Plaintiff"), by and through his counsel Eduardo S. Garcia and Stein Sperling Bennett De Jong Driscoll PC and Defendants, RDS Construction, Inc. and Reginaldo Da Silva ("Defendants"), by and through their counsel Joel I. Hoffman and Joel I Hoffman, LLC, jointly, respectfully request approval of their settlement and dismissal with prejudice of all claims in the Complaint, and state as follows:

1. The Complaint raises claims for unpaid wages, including overtime pay, arising under the Maryland Wage Payment and Collection Law ("MWPCL") Md. Code Ann., *Labor & Empl.*, § 3-501, *et seq.*, the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.* ("FLSA"), and the Maryland Wage & Hour Law ("MWHL"), Md. Code Ann., *Lab. & Empl.* § 3-401, *et seq.*

2. Defendants deny all liability to Plaintiff and have raised various defenses to their claims. Litigation of the claims would likely be both time-consuming and expensive. Moreover, after conducting discovery, reviewing the discovery to calculate the potential overtime hours worked and communications regarding the legal merits of the claims, each side's likelihood of success remains uncertain. In recognition of these factors, the parties reached a settlement of all claims in the Complaint, the terms of which are set forth in a written Settlement Agreement.

5461579_1

3. Because the Settlement Agreement includes a waiver of claims arising under the FLSA, the parties seek court approval of the settlement. *Lane v. Ko-Me, LLC*, 2011 U.S. Dist. LEXIS 97870 (D. Md. 2011).

4. Based on the information exchanged through informal discovery, reviewing the discovery to calculate the potential overtime hours worked and communications regarding the legal merits of the claims, the risks involved and the complexity and likely duration of this matter, the parties acknowledge and agree that this settlement represents a reasonable compromise of the disputed claims in the Complaint.

5. The parties attach and incorporate a Memorandum in Support of this Joint Motion, which more fully sets forth the grounds of this Joint Motion.

WHEREFORE, the parties respectfully request that the Court issue the attached proposed Order approving the settlement and dismissing the Complaint with prejudice.

Respectfully submitted,

STEIN SPERLING BENNETT
JONG DRISCOLL PC


By:  /s/ *Eduardo S. Garcia*
Eduardo S. Garcia (07200)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8326 – fax
egarcia@steinsperling.com

*Attorneys for Plaintiff*


-and-

JOEL I. HOFFMAN, LLC

By:     /s/ *Joel I. Hoffman*
    Joel I. Hoffman, Esquire
    Bar Number 03577
    966 Hungerford Drive, Suite 21-B
    Rockville, Maryland 20850
    (301) 838-9100
    jhoffman@hoffmanlawgroup.com

*Attorneys for Defendants*

(Signed by Eduardo S. Garcia with the authority of Joel I. Hoffman)