IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| EVER NOE RAMIREZ CARRANZA, : | |
| : | |
| Plaintiff, : | Civil Action No. 8:16-cv-3604 |
| : | |
| v. : | |
| : | |
| RDS CONSTRUCTION, INC., ET AL., : | |
| : | |
| Defendants. : | |

## ORDER GRANTING JOINT MOTION FOR JUDICIAL APPROVAL OF SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE

Upon consideration of the Joint Motion for Approval of Settlement filed by Plaintiff, Ever Noe Ramirez Carranza ("Plaintiff"), and Defendants, RDS Construction, Inc. and Reginaldo Da Silva ("Defendants"),, the Court hereby GRANTS the Motion and approves the settlement between Plaintiff and Defendants (hereinafter, collectively referred to as "the Parties") based on the following findings:

1. The Parties have provided the Court with sufficient information to conclude that the settlement is fair and reasonable and is an equitable compromise of disputed facts and claims.

2. In addition, the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA according to the factors that have been cited in other actions before the District Court.

3. The Court finds that the settlement was the product of arms' length negotiations between Counsel for the Parties, who are experienced in the field of FLSA litigation.

4. The attorneys' fees and costs to be paid under the settlement agreement are separately stated and Counsel has provided sufficient information to permit the Court to

conclude that the fees and costs represent payments for amounts actually incurred at a reasonable hourly rate. The amount allocated for attorneys' fees and costs bear a reasonable relationship to the amount of time expended by counsel, and the amount being paid to Plaintiff under the Agreement.

WHEREFORE, the Court hereby Orders that:

- The Joint Motion for Approval be and is hereby GRANTED;

- The Settlement is APPROVED; and

- This case is DISMISSED WITH PREJUDICE in its entirety, with each Party to bear their own attorneys' fees and costs (except as specifically noted in the Settlement Agreement).

October 17, 2017
Date

_____
The Honorable Timothy J. Sullivan
United States District Judge